FILED
CLERK, U.S. DISTRICT COURT
AUG 11 2026
CENTRAL DISTRICT OF CALIFORNIA
BY AF DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
JAMES KEVIN BALL,
Defendant.

Case No. CR 21-0094-FLA

ORDER OF DETENTION

[Fed. R. Crim. P. 31.1(a)(6);
18 U.S.C. § 3143(a)(1)]

I.

On August 11, 2026, Defendant James Kevin Ball, who stated that his true name was King James Ball, made his initial appearance in this district on the bench warrant issued on July 17, 2026, following Defendant's failure to appear for a revocation of supervised release hearing scheduled on that day. Richard Raynor, a member of the CJA panel, was appointed to represent Defendant. The Government was represented by Assistant United States Attorney Yfan Everett. A detention hearing was held.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest on the bench warrant for failure to appear,

The Court finds that :

A. Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations underlying the bench warrant: failure to appear

☒ history of non compliance while on supervised release which includes use of controlled substances, failure to take medication for mental health issues, refusal to participate in treatment programs, attempt to dilute samples for drug testing, and sending threatening text messages to law enforcement, and not being forthcoming regarding drug use, employment and disclosure of assets.

☒ criminal history includes arrests for failure to appear.

B. Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations re non-compliance (see above)

☒ extensive criminal history

☒ history of substance abuse

☒ threatening conduct.

III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: August 11, 2026

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE